UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MURRAY, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　Defendant. | Case No. 16-cv-00582-JSC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　The Court has reviewed the parties' Joint Case Management Conference Statement. (Dkt. No. 17.) In light of the parties' agreement to participate in mediation, and their suggestion that it would be more productive to set dates after the mediation, the Case Management Conference scheduled for May 5, 2016 is continued to August 4, 2016 at 1:30 p.m. The parties shall submit an updated Statement one week before the conference.

　　　**IT IS SO ORDERED.**

Dated: May 2, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge